IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Michael L. Lately, et al., ) | Case No. 3:22-CV-1134 |
| ) | |
| Plaintiffs, ) | Judge James R. Knepp II |
| v. ) | |
| ) | |
| Silical Inc., et al., ) | **NOTICE OF FILING EXPERT** |
| ) | **REPORTS** |
| Defendants. ) | |
| _____ ) | |

Plaintiffs respectfully give notice that they are submitting their expert reports in response to the Defendants filing of their expert reports. Plaintiffs submit the expert reports of Adam Grill, CDS, (Attached as Exhibit A), Andrew S. Rich, BSME, ACTAR, ASE, (Attached as Exhibit B),  Michael D. Freeman, MedDr, PhD, MscFMS, MPH, FRCPath, FFFLM, FACE, DLM, (Attached as Exhibit C), Marc P. Orlando, MD, (Attached as Exhibit D), Kate Smith BSN, RN, CNLCO, LCP-C, (Attached as Exhibit E), Alex L. Constable, MBA, ASA, (Attached as Exhibit F), Dennis J. Seal, PhD, PE, (Attached as Exhibit G) that have been previously exchanged with David R. Hudson, dhudson@reminger.com and Clinton J. Wasserman, cwasserman@reminger.com has been exchanged via electronic mail on April 29, 2024. Plaintiffs hereby give the Court and all parties notice of their intent to rely on the opinions and testimony of these experts at trial. These Experts will testify, to a reasonable degree of certainty in their fields, as to the opinions and observations set forth in the attached reports.

Respectfully submitted,

*/s/ Florence A. Murray*
Florence A. Murray (0080292)
fam@murrayandmurray.com
Joseph A. Galea (0089550)
jag@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone:  (419) 624-3000
Fax:  (419) 624-0707

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **Notice of Filing Expert Reports** was served on counsel for the Defendant by the Court's electronic filing system, and that the filing was available for access on or after June 6, 2024 when the undersigned filed it electronically with the Clerk of Court.

*/s/Florence A. Murray*
Florence A. Murray (Reg. No. 0080292)
fam@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
*Attorney for Plaintiffs*