Exhibit F



September 26, 2023

Florence A. Murray, Esq.
Murray & Murray Co., LPA
111 East Shoreline Drive
Sandusky, OH 44870-2517

**Re:  Michael Lately, et al. v. Silacal, Inc., et al.,**
**United States District Court for the Northern District of Ohio, Western Division**
**Case Number 3:22-cv-01134**

Dear Attorney Murray:

You have asked for my preliminary opinion as to the Present Value Loss of Earning Capacity and Cost of Future Care for Michael Lately with regard to his injury on June 27, 2020 at which time he was approximately 64.5 years of age.  At the time of the accident, Mr. Lately was employed full-time at Revere Plastics Systems as a Material Handler.

You have supplied me with a variety of data to review to formulate an opinion, in addition to speaking with Mr. Lately.  Among this information is the following:

- The Complaint filed June 27, 2022;
- Demographic information for Mr. Lately and his family including their dates of birth and relevant education level;
- The July 24, 2023 independent medical record review, examination and letter report of Marc Orlando, MD;
- The August 22, 2023 Life Care Plan report of Kate Smith, BSN, RN, CNLCP, LCP-C; and
- Information regarding the earnings of Mr. Lately at the time of the accident.

In addition, I have relied on and cite in my report a variety of publicly available data from the Bureau of Labor Statistics, US Department of Health and Human Services, US Department of Labor, the Federal Reserve and economic journals with regard to Life Expectancy, Worklife Expectancy, and wage and interest rate analysis.

September 26, 2023
page two


At the time of his injury, Mr. Lately was earning a full-time annual wage of approximately $29,370 (in 2020 $s).  Based on Mr. Lately's demonstrated pre-injury level of annual full-time earnings, and assuming a retirement at age 75, representing Mr. Lately's planned retirement, the loss of earning capacity is approximately $340,650.

You have also asked for my opinion as to the Present Value of the Cost of Future Care.  My findings indicate the cost of funding the range of life care plan needs, as outlined and prepared by Kate Smith, are between approximately $4,392,100 and $5,654,600.  Note these figures do not include past medical bills resulting from this injury.

Attached to this report is a summary outlining my qualifications and testimony experience.  I have a Bachelors Degree in Economics (B.A.) and a Masters Degree (M.B.A.) with dual concentrations in Finance and Business Statistics.  For the last thirty-plus years, my career has involved a variety of valuation and damage assessment issues on matters that have included this type of analysis.

My current billing rate is $375 per hour for work and analysis performed in or around the office.  For testimony, I charge $1,125 for up to two hours, and $375 per hour thereafter.  As is my standard, the fees and billing are independent of the outcome of this matter.

Respectfully submitted,

Constable Consulting, LLC


_____

Alex L. Constable

# *Michael Lately, et al.*

# *v.*

# *Silacal, Inc., et al.*

## Case Number 3:22-cv-01134, United States District Court for the Northern District of Ohio, Western Division

*prepared by:*

**Alex Constable**
**Constable Consulting, LLC**

*September 26, 2023*

## Personal Information

Name:                       Michael Lately

Date of Birth:              12/20/1955

Date of Injury:             6/27/2020       51.2% of the year remains

|  |  | Years |  |
|---|---|---|---|
| Age on: | 6/27/2020 | 64.5 | |
| Work Life Expectancy (years) [a] | | 4.6 | |
| Age at Expiration of Work Life Expectancy: | | 69.1 | 8.8% of 2025 |
| Years to Final Separation from Labor Force (years) [b] | | 5.6 | |
| Age at Final Separation from Labor Force: | | 70.1 | 8.8% of 2026 |
| Social Security Normal Retirement Age (years, months) [c] | | 66, 2 | 13.7% of 2022 |
| Life Expectancy (years) [d] | | 17.7 | |
| Age at Expiration of Life Expectancy: | | 82.2 | 18.9% of 2038 |
| | | | |
| Age on: | 1/1/2024 | 68.0 | |
| Work Life Expectancy (years) [a] | | 3.8 | |
| Age at Expiration of Work Life Expectancy: | | 71.8 | 80.3% of 2027 |
| Years to Final Separation from Labor Force (years) [b] | | 4.5 | |
| Age at Final Separation from Labor Force: | | 72.5 | 50.1% of 2028 |
| Life Expectancy (years) [d] | | 15.0 | |
| Age at Expiration of Life Expectancy: | | 83.0 | 0.3% of 2039 |

Occupation:           Material Handler

Employer:             Revere Plastics Systems, LLC

Date of Hire:          February 8, 2018

| | | | | As of: 1/1/2024 |
|---|---|---|---|---|
| Name | Relationship | Date of Birth | Age | Life Expectancy |
| Christine | Wife | 1/4/1969 | 55.0 | 28.8 |

(a) The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points and Bootstrap Standard Errors, Journal of Forensic Economics, 28(1-2), 2019, pgs. 15 - 108;  Gary R. Skoog, James E. Cieka and Kurt V. Krueger. Figures represent Mean Years in Labor Force by Age, Gender and Highest Level of Education, Initial state Active.  M 9 - 12, No Diploma

(b) The Markov Model of Years to Final Separation from the Labor Force 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points and Bootstrap Standard Errors, Journal of Forensic Economics, 28(1-2), 2019, pgs. 109 - 195; Gary R. Skoog, James E. Cieka and Kurt V. Krueger.  Figures represent Mean Years to Final Separation from Labor Force by Age, Gender and Highest Level of Education, Initial state Active.

(c) See Social Security Normal Retirement Age at http://www.socialsecurity.gov/OACT/ProgData/nra.html.

(d) National Vital Statistics Reports, Vol. 71 No. 1, United States Life Tables (2020), US Department of Health and Human Services, Centers for Disease Control and Prevention, Arias E and Xu JQ, Division of Vital Statistics, August 8, 2022, pg. 17-20.

## Summary

Present Value

I. Loss of Past and Future Earning Capacity

Through Planned Retirement at age 75       $340,649

3a.

## Summary

|  |  | Present Value-<br>Low | Present Value-<br>High |
|---|---|---|---|
| **II. Cost of Future Care *** |  |  |  |
| A. | Medical Care | $96,428 | $96,428 |
| B. | Surgeries/ Procedures | 562,817 | 562,817 |
| C. | Therapeutic Evaluations and Modalities | 254,522 | 254,522 |
| D. | Diagnostic Studies & Lab Work | 49,099 | 49,099 |
| E. | Medications | 100,907 | 100,907 |
| F. | Medical Supplies | 12,175 | 12,175 |
| G. | Durable Medical Equipment/ Aids for Independent Function | 38,291 | 38,291 |
| H. | Orthoses | 38,846 | 38,846 |
| I. | Mobility/ Wheelchair Equipment | 52,522 | 52,522 |
| J. | Apartment Rent Allowance | 138,932 | 138,932 |
| K. | Home Health Aide- Low | 2,786,886 |  |
| L. | Home Health Aide- High |  | 4,013,115 |
| M. | Skilled Nurse- Low | 32,022 |  |
| N. | Skilled Nurse- High |  | 68,314 |
| O. | Transportation | 129,794 | 129,794 |
| P. | Cleaning Service | 24,920 | 24,920 |
| Q. | Nurse Case Manager | 73,898 | 73,898 |
|  | Total Cost of Future Care | $4,392,060 | $5,654,582 |

*  All base figures from report of Kate Smith, BSN, RN, CNLCP, LCP-C, prepared August 22, 2023
   and are grown at various stated real rates and discounted at a real 2.15% per annum.

Table 1          Schedule Showing the Forecasted Full-time Income for Michael Lately for the years 2020 through 2024.

| Forecasted Annual Pre-Injury Earnings, 2020 through 2024 (a) | | |
|---|---|---|
| Year | Earnings | Growth Rate (b) |
| 2020 | $29,370 | na |
| 2021 | $30,280 | 3.1% |
| 2022 | $31,522 | 4.1% |
| 2023 | $33,287 | 5.6% |
| 2024 | $34,818 | 4.6% |

(a)  Grown from the annualized hourly wage as of February 3, 2020; $14.12.
(b)  Annual changes in Employment Cost Index for Production Occupations. For example, 2021 is estimated to change at the median 2020 growth rate (see Table 3).

Table 2          Schedule Showing Projected Lost Full-time Earnings for Michael Lately through planned retirement at age 75.0.

| Year | | Full-time Earnings (a) |
|------|------|------|
| 2020 | (b) | $15,037 |
| 2021 | | 30,280 |
| 2022 | | 31,522 |
| 2023 | | 33,287 |
| 2024 | | 34,818 |
| 2025 | | 34,209 |
| 2026 | | 33,610 |
| 2027 | | 33,022 |
| 2028 | | 32,444 |
| 2029 | | 31,876 |
| 2030 | (d) | 30,546 |
| | | $340,649 |

(a)  2020 through 2024 as calculated on prior table.  Years after 2024 are grown at 0.49% real and discounted at 2.28% real.
(c)  51.2% remains.
(d)  356/365th; Age 75, per counsel.

Table 3    Showing the Nominal and Real Employment Cost Index (Total Compensation; Wages and Fringe Benefits) Private Industry, and the Nominal and Real Employment Cost Index.

| Year | Period | All Workers; Total Compensation (Wages and Fringes) | Total Compensation, Production Occupations | One Year rolling % change-selected | Median 20XX % change-selected | Period | CPI-U Seasonally Adjusted |
|------|--------|------|------|------|------|------|------|
| 2013 | Qtr1 | 117.9 | 115.6 | | | Feb | 232.9 |
| 2013 | Qtr2 | 118.5 | 116.1 | | | May | 231.9 |
| 2013 | Qtr3 | 119.0 | 116.3 | | | Aug | 233.5 |
| 2013 | Qtr4 | 119.6 | 116.8 | | | Nov | 234.1 |
| 2014 | Qtr1 | 119.9 | 117.7 | 1.8% | | Feb | 235.5 |
| 2014 | Qtr2 | 120.9 | 118.1 | 1.7% | | May | 236.9 |
| 2014 | Qtr3 | 121.7 | 118.8 | 2.1% | | Aug | 237.5 |
| 2014 | Qtr4 | 122.4 | 119.5 | 2.3% | 2.0% | Nov | 237.0 |
| 2015 | Qtr1 | 123.2 | 120.4 | 2.3% | | Feb | 235.3 |
| 2015 | Qtr2 | 123.2 | 121.0 | 2.5% | | May | 237.0 |
| 2015 | Qtr3 | 124.0 | 121.7 | 2.4% | | Aug | 238.0 |
| 2015 | Qtr4 | 124.6 | 122.6 | 2.6% | 2.4% | Nov | 238.0 |
| 2016 | Qtr1 | 125.3 | 123.4 | 2.5% | | Feb | 237.3 |
| 2016 | Qtr2 | 126.1 | 124.2 | 2.6% | | May | 239.6 |
| 2016 | Qtr3 | 126.7 | 125.0 | 2.7% | | Aug | 240.5 |
| 2016 | Qtr4 | 127.4 | 125.6 | 2.4% | 2.6% | Nov | 242.0 |
| 2017 | Qtr1 | 128.2 | 126.4 | 2.4% | | Feb | 243.9 |
| 2017 | Qtr2 | 129.0 | 127.2 | 2.4% | | May | 244.1 |
| 2017 | Qtr3 | 130.0 | 128.6 | 2.9% | | Aug | 245.2 |
| 2017 | Qtr4 | 130.7 | 129.3 | 2.9% | 2.7% | Nov | 247.4 |
| 2018 | Qtr1 | 131.8 | 130.2 | 3.0% | | Feb | 249.3 |
| 2018 | Qtr2 | 132.8 | 131.0 | 3.0% | | May | 250.8 |
| 2018 | Qtr3 | 133.7 | 131.5 | 2.3% | | Aug | 251.7 |
| 2018 | Qtr4 | 134.6 | 132.4 | 2.4% | 2.7% | Nov | 252.8 |
| 2019 | Qtr1 | 135.4 | 133.5 | 2.5% | | Feb | 253.0 |
| 2019 | Qtr2 | 136.3 | 134.3 | 2.5% | | May | 255.4 |
| 2019 | Qtr3 | 137.3 | 135.1 | 2.7% | | Aug | 256.1 |
| 2019 | Qtr4 | 138.1 | 136.2 | 2.9% | 2.6% | Nov | 258.0 |
| 2020 | Qtr1 | 139.3 | 137.2 | 2.8% | | Feb | 258.8 |
| 2020 | Qtr2 | 139.9 | 138.4 | 3.1% | | May | 255.9 |
| 2020 | Qtr3 | 140.7 | 139.3 | 3.1% | | Aug | 259.5 |
| 2020 | Qtr4 | 141.7 | 140.4 | 3.1% | 3.1% | Nov | 260.9 |
| 2021 | Qtr1 | 143.2 | 141.6 | 3.2% | | Feb | 263.2 |
| 2021 | Qtr2 | 144.3 | 143.5 | 3.7% | | May | 268.6 |
| 2021 | Qtr3 | 146.3 | 145.7 | 4.6% | | Aug | 273.0 |
| 2021 | Qtr4 | 147.9 | 147.5 | 5.1% | 4.1% | Nov | 278.5 |
| 2022 | Qtr1 | 150.0 | 149.8 | 5.8% | | Feb | 284.2 |
| 2022 | Qtr2 | 152.3 | 151.7 | 5.7% | | May | 291.5 |
| 2022 | Qtr3 | 153.9 | 153.6 | 5.4% | | Aug | 295.6 |
| 2022 | Qtr4 | 155.4 | 155.0 | 5.1% | 5.6% | Nov | 298.3 |
| 2023 | Qtr1 | 157.3 | 157.1 | 4.9% | | Feb | 301.6 |
| 2023 | Qtr2 | 158.9 | 158.3 | 4.4% | 4.6% | May | 303.3 |
| 13Q1 - 23Q2 Annual Geometric Mean (10.25 periods) | | 2.95% | 3.11% | | | | 2.61% |
| Real 2013Q1 - 2023Q2 | | 0.33% | 0.49% | | | | |

Note: Index Values from the Bureau of Labor Statistics (http://data.bls.gov/PDQ/outside.jsp?survey=ci).  All Growth Rate
  calculations by author.  Real Growth Rate calculated as follows: [(1 + Wage Growth) / (1 + CPI-U)] - 1.

7

Table 4        Showing the Nominal and Real Growth Rates of Medical Care by Selected Commodity.

| Year | Medical Care- All | Medicinal Drugs | Medical Equipment and supplies | Physicians' Services | Other medical professional Services | Hospital Services | Care of Invalids and Elderly at the Home | All Items less Medical |
|---|---|---|---|---|---|---|---|---|
| 1996 | 228.2 | na | na | 216.4 | 146.6 | 100.0 | na | 152.8 |
| 1997 | 234.6 | na | na | 222.9 | 151.8 | 101.7 | na | 156.3 |
| 1998 | 242.1 | na | na | 229.5 | 155.4 | 105.0 | na | 158.6 |
| 1999 | 250.6 | na | na | 236.0 | 158.7 | 109.3 | na | 162.0 |
| 2000 | 260.8 | na | na | 244.7 | 161.9 | 115.9 | na | 167.3 |
| 2001 | 272.8 | na | na | 253.6 | 167.3 | 123.6 | na | 171.9 |
| 2002 | 285.6 | na | na | 260.6 | 171.8 | 134.7 | na | 174.3 |
| 2003 | 297.1 | na | na | 267.7 | 177.1 | 144.7 | na | 178.1 |
| 2004 | 310.1 | na | na | 278.3 | 181.9 | 153.4 | na | 182.7 |
| 2005 | 323.2 | na | na | 287.5 | 186.8 | 161.6 | 100.0 | 188.7 |
| 2006 | 336.2 | na | na | 291.9 | 192.2 | 172.1 | 101.8 | 194.7 |
| 2007 | 351.1 | na | na | 303.2 | 197.4 | 183.6 | 103.2 | 200.1 |
| 2008 | 364.1 | na | na | 311.3 | 205.5 | 197.2 | 107.9 | 207.8 |
| 2009 | 375.6 | 100.0 | 100.0 | 320.8 | 209.8 | 210.7 | 109.9 | 206.6 |
| 2010 | 388.4 | 102.3 | 99.1 | 331.3 | 214.4 | 227.2 | 111.3 | 209.7 |
| 2011 | 400.3 | 105.5 | 99.3 | 340.3 | 217.4 | 241.2 | 113.1 | 216.3 |
| 2012 | 414.9 | 108.6 | 100.6 | 347.3 | 219.6 | 253.6 | 114.5 | 220.6 |
| 2013 | 425.1 | 109.1 | 101.0 | 354.2 | 223.3 | 265.4 | 115.1 | 223.6 |
| 2014 | 435.3 | 112.0 | 100.5 | 359.1 | 226.4 | 278.8 | 116.7 | 227.1 |
| 2015 | 446.8 | 115.9 | 99.7 | 366.1 | 228.2 | 290.1 | 117.9 | 226.9 |
| 2016 | 463.7 | 120.0 | 99.3 | 378.1 | 231.0 | 303.3 | 120.6 | 229.3 |
| 2017 | 475.3 | 123.4 | 99.6 | 380.1 | 236.6 | 318.2 | 119.6 | 234.1 |
| 2018 | 484.7 | 124.9 | 100.2 | 380.5 | 237.4 | 332.2 | 120.8 | 239.9 |
| 2019 | 498.4 | 124.8 | 102.2 | 380.5 | 239.2 | 338.8 | 124.2 | 244.0 |
| 2020 | 518.9 | 125.6 | 99.4 | 389.9 | 242.1 | 353.0 | 129.0 | 246.4 |
| 2021 | 525.3 | 123.6 | 96.2 | 406.5 | 247.9 | 363.5 | 138.5 | 258.8 |
| 2022 | 546.6 | 127.1 | 101.4 | 411.9 | 258.1 | 376.8 | 143.4 | 280.4 |

| 1996 - 2022 Mean | 3.42% | na | na | 2.51% | 2.20% | 5.23% | na | 2.36% |
| Real (26 yrs) | 1.0% | na | na | 0.1% | -0.2% | 2.8% | na | |

| 2009 - 2022 Mean | 2.93% | 1.86% | 0.11% | 1.94% | 1.61% | 4.57% | 2.07% | 2.38% |
| Real (13 yrs) | 0.5% | -0.5% | -2.2% | -0.4% | -0.8% | 2.1% | -0.3% | |

Note: Index Values from the Bureau of Labor Statistics (http://data.bls.gov/PDQ/outside.jsp?survey=cu).  All Growth Rate
    calculations by author.  Real Growth Rate calculated as follows: [(1 + Segregated Growth) / (1 + All Items less Medical)] - 1.

*Medicinal Drugs* includes prescription and non-prescription drugs.
*Medical Equipment and Supplies* includes nonprescription medicines and dressings used externally, contraceptives, and supportive and
    convalescent medical equipment (e.g., adhesive strips, heating pads, athletic supporters, and wheelchairs)
*Physicians' Services* includes services by medical physicians in private practice, including osteopaths, which are billed by the physician.
    Includes house, office, clinic, and hospital visits.
*Other medical professional Services* includes services performed by other professionals such as psychologists, chiropractors, physical therapists,
    podiatrists, social workers, and nurse practitioners in or out of the office. Also, includes independent lab work and imaging services.
*Hospital Services* includes services provided to patients during visits to hospitals, ambulatory surgical centers, or other similar settings.
*Care of Invalids and Elderly at the Home* includes fees paid to individuals or agencies for the personal care of invalids, elderly or
    convalescents in the home including food preparation, bathing, light house cleaning, and other services.

Table 5    Schedule Showing the Present Value of the Cost of Future Care

| | | Medical Care | Surgeries/ Procedures | Therapeutic Evaluations and Modalities | Diagnostic Studies & Lab Work | Medications |
|---|---|---|---|---|---|---|
| Real Growth Rate | | -0.4% | 2.1% | -0.8% | -0.8% | -0.5% |
| Present Annual Cost | | $7,627 | $27,944 | Various Needs | $3,987 | $8,034 |
| Age | Year | | | | | |
| 68 | 1 | $7,627 | $173,033 | $24,708 | $3,987 | $8,034 |
| 69 | 2 | 7,437 | 27,930 | 21,063 | 3,871 | 7,826 |
| 70 | 3 | 7,251 | 27,917 | 20,454 | 3,760 | 7,623 |
| 71 | 4 | 7,070 | 27,903 | 18,342 | 3,651 | 7,425 |
| 72 | 5 | 6,894 | 27,889 | 17,812 | 3,546 | 7,232 |
| 73 | 6 | 6,722 | 27,876 | 17,298 | 3,443 | 7,045 |
| 74 | 7 | 6,554 | 27,862 | 16,798 | 3,344 | 6,862 |
| 75 | 8 | 6,390 | 27,848 | 16,313 | 3,247 | 6,684 |
| 76 | 9 | 6,231 | 27,835 | 15,842 | 3,153 | 6,511 |
| 77 | 10 | 6,075 | 27,821 | 15,384 | 3,062 | 6,342 |
| 78 | 11 | 5,924 | 27,808 | 14,940 | 2,974 | 6,177 |
| 79 | 12 | 5,776 | 27,794 | 14,509 | 2,888 | 6,017 |
| 80 | 13 | 5,632 | 27,780 | 14,090 | 2,805 | 5,861 |
| 81 | 14 | 5,491 | 27,767 | 13,683 | 2,724 | 5,709 |
| 82 | 15 | 5,354 | 27,753 | 13,288 | 2,645 | 5,561 |
| | Total | $96,428 | $562,817 | $254,522 | $49,099 | $100,907 |

Table 6    Schedule Showing the Present Value of the Cost of Future Care

| | | Medical Supplies | Durable Medical Equipment/ Aids for Independent Function | Orthoses | Mobility/ Wheelchair Equipment | Apartment Rent Allowance |
|---|---|---|---|---|---|---|
| Real Growth Rate | | -2.2% | -2.2% | -2.2% | -2.2% | 0.0% |
| Present Annual Cost | | $1,082 | $3,192 | $3,451 | Various Needs | $10,704 |
| Age | Year | | | | | |
| 68 | 1 | $1,082 | $5,553 | $3,451 | $1,833 | $10,704 |
| 69 | 2 | 1,035 | 3,056 | 3,304 | 1,816 | 10,479 |
| 70 | 3 | 991 | 2,926 | 3,163 | 4,817 | 10,258 |
| 71 | 4 | 949 | 2,801 | 3,028 | 4,612 | 10,042 |
| 72 | 5 | 909 | 2,682 | 2,899 | 4,416 | 9,831 |
| 73 | 6 | 870 | 2,567 | 2,776 | 4,228 | 9,624 |
| 74 | 7 | 833 | 2,458 | 2,658 | 4,048 | 9,421 |
| 75 | 8 | 798 | 2,353 | 2,545 | 3,875 | 9,223 |
| 76 | 9 | 764 | 2,253 | 2,436 | 3,710 | 9,029 |
| 77 | 10 | 731 | 2,157 | 2,332 | 3,552 | 8,839 |
| 78 | 11 | 700 | 2,065 | 2,233 | 3,401 | 8,653 |
| 79 | 12 | 670 | 1,977 | 2,138 | 3,256 | 8,471 |
| 80 | 13 | 642 | 1,893 | 2,047 | 3,117 | 8,293 |
| 81 | 14 | 614 | 1,813 | 1,960 | 2,985 | 8,118 |
| 82 | 15 | 588 | 1,735 | 1,876 | 2,858 | 7,947 |
| | Total | $12,175 | $38,291 | $38,846 | $52,522 | $138,932 |

Table 7    Schedule Showing the Present Value of the Cost of Future Care

| | | Home Health Aide-Low | Home Health Aide-High | Skilled Nurse-Low | Skilled Nurse-High | Transportation |
|---|---|---|---|---|---|---|
| Real Growth Rate | | -0.3% | -0.3% | -0.8% | -0.8% | 0.0% |
| Present Annual Cost | | $219,000 | $315,360 | $2,600 | $5,547 | $10,000 |
| Age | Year | | | | | |
| 68 | 1 | $219,000 | $315,360 | $2,600 | $5,547 | $10,000 |
| 69 | 2 | 213,747 | 307,796 | 2,525 | 5,386 | 9,790 |
| 70 | 3 | 208,621 | 300,414 | 2,452 | 5,231 | 9,583 |
| 71 | 4 | 203,617 | 293,209 | 2,381 | 5,080 | 9,382 |
| 72 | 5 | 198,734 | 286,176 | 2,312 | 4,933 | 9,184 |
| 73 | 6 | 193,967 | 279,313 | 2,246 | 4,791 | 8,991 |
| 74 | 7 | 189,315 | 272,613 | 2,181 | 4,652 | 8,802 |
| 75 | 8 | 184,774 | 266,075 | 2,118 | 4,518 | 8,617 |
| 76 | 9 | 180,343 | 259,693 | 2,057 | 4,388 | 8,435 |
| 77 | 10 | 176,017 | 253,465 | 1,997 | 4,261 | 8,258 |
| 78 | 11 | 171,796 | 247,386 | 1,940 | 4,138 | 8,084 |
| 79 | 12 | 167,675 | 241,452 | 1,884 | 4,018 | 7,914 |
| 80 | 13 | 163,654 | 235,661 | 1,829 | 3,902 | 7,747 |
| 81 | 14 | 159,728 | 230,009 | 1,776 | 3,790 | 7,584 |
| 82 | 15 | 155,897 | 224,492 | 1,725 | 3,680 | 7,424 |
| | Total | $2,786,886 | $4,013,115 | $32,022 | $68,314 | $129,794 |

Table 8    Schedule Showing the Present Value of the Cost of Future Care

|  |  | Cleaning Service | Nurse Case Manager |
|---|---|---|---|
| Real Growth Rate |  | 0.0% | -0.8% |
| Present Annual Cost |  | $1,920 | $6,000 |
| Age | Year |  |  |
| 68 | 1 | $1,920 | $6,000 |
| 69 | 2 | 1,880 | 5,827 |
| 70 | 3 | 1,840 | 5,658 |
| 71 | 4 | 1,801 | 5,495 |
| 72 | 5 | 1,763 | 5,336 |
| 73 | 6 | 1,726 | 5,182 |
| 74 | 7 | 1,690 | 5,033 |
| 75 | 8 | 1,654 | 4,887 |
| 76 | 9 | 1,620 | 4,746 |
| 77 | 10 | 1,585 | 4,609 |
| 78 | 11 | 1,552 | 4,476 |
| 79 | 12 | 1,519 | 4,347 |
| 80 | 13 | 1,487 | 4,221 |
| 81 | 14 | 1,456 | 4,099 |
| 82 | 15 | 1,425 | 3,981 |
| | Total | $24,920 | $73,898 |

Table 9    Schedule Showing the Inflation Indexed Yield on U.S. Government Treasury Securities

| Calendar Year | 5-Year Constant Maturity | 7-Year Constant Maturity | 10-Year Constant Maturity | 20-Year Constant Maturity | 30-Year Constant Maturity |
|---|---|---|---|---|---|
| 2003 | 1.27% | 1.73% | 2.06% | not available | not available |
| 2004 | 1.04% | 1.45% | 1.83% | 2.14% | not available |
| 2005 | 1.50% | 1.63% | 1.81% | 1.97% | not available |
| 2006 | 2.28% | 2.29% | 2.31% | 2.31% | not available |
| 2007 | 2.15% | 2.25% | 2.29% | 2.36% | not available |
| 2008 | 1.30% | 1.63% | 1.77% | 2.18% | not available |
| 2009 | 1.06% | 1.32% | 1.66% | 2.21% | not available |
| 2010 | 0.26% | 0.68% | 1.15% | 1.73% | 1.82% |
| 2011 | -0.41% | 0.09% | 0.55% | 1.19% | 1.47% |
| 2012 | -1.19% | -0.87% | -0.48% | 0.22% | 0.56% |
| 2013 | -0.76% | -0.29% | 0.07% | 0.75% | 1.07% |
| 2014 | -0.09% | 0.32% | 0.44% | 0.86% | 1.11% |
| 2015 | 0.15% | 0.36% | 0.45% | 0.78% | 1.00% |
| 2016 | -0.10% | 0.07% | 0.27% | 0.65% | 0.86% |
| 2017 | 0.17% | 0.36% | 0.46% | 0.75% | 0.92% |
| 2018 | 0.78% | 0.82% | 0.83% | 0.93% | 1.01% |
| 2019 | 0.35% | 0.37% | 0.40% | 0.60% | 0.78% |
| 2020 | -0.79% | -0.71% | -0.60% | -0.31% | -0.11% |
| 2021 | -1.69% | -1.26% | -0.91% | -0.43% | -0.20% |
| 2022 | 0.22% | 0.33% | 0.43% | 0.64% | 0.76% |

| Current Treasury Real Yield as of: | 5-Year | 7-Year | 10-Year | 20-Year | 30-Year |
|---|---|---|---|---|---|
| September 22, 2023    (a) | 2.28% | 2.15% | 2.07% | 2.09% | 2.16% |

Note:  Selected Annual Interest Rates from the Federal Reserve (https://www.federalreserve.gov/datadownload/Build.aspx?rel=H15).

(a)  See '*Daily Treasury Par Real Yield Curve Rates*' at:
      https://home.treasury.gov/policy-issues/financing-the-government/interest-rate-statistics.

# Appendix



### ALEX L. CONSTABLE, MBA, ASA
CONSTABLE CONSULTING, LLC
7332 GRANBY DRIVE
HUDSON, OHIO 44236
aconstable@constableconsulting.com

## EXPERIENCE

Mr. Constable is the Principal of Constable Consulting, LLC.  Constable Consulting, LLC provides economic consulting and damage assessment in litigated matters.

Mr. Constable has over thirty years of experience with backgrounds in Litigation Support, Valuation and Statistical Analysis.  He has authored and contributed to numerous valuation and litigation support reports which have been used in various courts and before the Internal Revenue Service.  These include loss of profit margin for business interruption claims, written opinions and testimony assessing reasonable royalty rates for intellectual property claims and personal injury/ lost earning capacity analyses.  Mr. Constable has been privileged to submit trial, deposition testimony and/or expert reports in United States District Courts, as well as the Ohio Court of Claims and County Courts of Common Pleas.

Mr. Constable has been responsible for the development of analysis for litigation support and the preparation of valuations of closely held business entities.  He has worked on projects for firms in the manufacturing, distribution, retail and service segments in a diverse variety of industries with revenues ranging from under $1 million to over $1 billion.  Interests valued include entity value, common equity, partnership interests (including Family Limited Partnerships), LLC interests, and interests subject to various contractual restrictions.

## CERTIFICATION

As recognized by the International Board of Examiners of the American Society of Appraisers in March 2009, Mr. Constable was awarded the Accredited Senior Appraiser (ASA) designation in business valuation. This accreditation was the culmination of 10,000 hours of verified appraisal experience, four separate courses totaling over 100 hours of Society training in business valuation theory, completion of a fifteen-hour course on the Uniform Standards

## CERTIFICATION CONTINUED

of Professional Appraisal Practice (USPAP) of The Appraisal Foundation, five separate examinations covering business valuation theory and the Uniform Standards of Professional Appraisal Practice (USPAP), an examination on the Society's Code of Ethics, and peer review and approval by the Society's International Board of Examiners of actual business valuation/ appraisal work prepared for clients. Mr. Constable continues to participate in the requisite continuing education covering business valuation issues, maintaining his status with the American Society of Appraisers for the Accredited Senior Appraiser designation.

## EMPLOYMENT HISTORY

- Principal, Constable Consulting, LLC, May 2008 - Current
- Senior Manager, CBIZ Accounting, Tax & Advisory Services, LLC, Nov. 2005 – May 2008
- Senior Associate, Burke Rosen & Associates, May 1991 – Nov. 2005

## EDUCATION

Mr. Constable was awarded a Bachelor of Arts in Economics from Cleveland State University (December 1986) as well as a subsequent degree of Master of Business Administration with dual concentrations in Finance and Business Statistics (December 1997).  Mr. Constable also received membership for academic distinction in the Beta Gamma Sigma international honor society for accredited collegiate schools of business.

## PROFESSIONAL AFFILIATIONS

Mr. Constable is a member of the following professional and industry/ trade organizations: the American Economic Association, the Society of Labor Economists, the National Association of Forensic Economics, the American Academy of Economic and Financial Experts, and the American Society of Appraisers.

## PRESENTATIONS

December 2013: *Damages 360;* Panel Discussant for the Cleveland Employment Lawyers Association Continuing Legal Education seminar.

May 2010: *Negative Income Tax Effects in a Wrongful Termination Matter*; Caryn Groedel and Associates, LPA.

September 2009: *Economic Damages; the analysis of Lost Earning Capacity in a Wrongful Discharge Matter*; Labor and Employment Group of Brouse McDowell, LPA.

April 2007: *The Basics of Finance: Learn to Read and Understand Balance Sheets, Income Statements and Cash Flow Statements*; Lorman Education Services.

## PUBLICATION

"*What is an Appropriate Discount Rate in a Lost Earning Capacity Assessment, and Why is it Important*?" CATA News, Cleveland Academy of Trial Attorneys, Spring 2014, pp. 8 - 9.

## CONTINUING EDUCATION

As an Accredited Senior Appraiser, Mr. Constable is obliged to regularly participate in professional continuing education. The following list is a sample of the courses he has attended.

| | |
|---|---|
| February 2023 | The Broader Impacts of Technology Licensing: New Directions for Technology Transfer Indicators |
| October 2022 | Valuation Provisions in Buy-Sell Agreements |
| September 2022 | Convertible Instruments and Valuation |
| August 2022 | Financial Reporting Valuation Guidance |
| July 2022 | Financial Metrics Volatility for Contingent Consideration |
| February 2022 | Valuation Considerations for Tax Receivable Agreements |
| November 2021 | Complex Securities Valuation Modeling and Considerations – Monte Carlo Simulation |
| October 2021 | Understanding LIBOR Transition |

**CONTINUING EDUCATION CONTINUED**

| | |
|---|---|
| July 2021 | Revenue Based Contingent Consideration Techniques |
| April 2021 | Theory and Calculation of Economic Damages |
| November 2020 | Reasonable Compensation for Shareholder-Employees of S Corps |
| September 2020 | Economic Damages in Light of Covid19 |
| September 2020 | Valuation of Complex Financial Instruments & Interests |
| July 2020 | Tax Effecting and its Current Developments |
| May 2020 | Update on International Valuation Standards |
| April 2020 | Impact of Covid19 to Business Interruptions and Lost Profits |
| April 2020 | Covid19 Impacts to Business Valuation and Forensic Accounting |
| January 2020 | Understanding Equity Compensation |
| February 2020 | The Market Derived Blockage Discount Model |
| October 2019 | Accounting, Tax, and Other Emerging Issues in the Cannabis Industry |
| August 2019 | Reasonable Compensation for Closely-held Businesses |
| July 2019 | The Finer Points of Projecting Cash Flows |
| June 2019 | Dealing with Fixed Asset Issues in Business Valuation |
| May 2019 | Business Valuation Report Compliance with USPAP and Statements on Standards for Valuation Services |
| April 2019 | Determining Discounts for Lack of Marketability |
| March 2019 | Valuing a Business via Monte Carlo Simulation |
| February 2019 | Lost Profit Calculations, Methods and Procedures |
| January 2019 | Uniform Standards of Professional Appraisal Practice for Business Valuation |
| September 2018 | Job Ladders and Growth in Earnings, Hours, and Wages |
| July 2018 | Normalizing Owner Compensation |
| November 2017 | Pitfalls in Determining Terminal Value in the DCF Model |
| October 2017 | Valuing Non-Controlling Interests in S-Corps for Federal Tax Purposes |
| September 2017 | Understanding Intangibles: Classification, Identification and Valuation |
| August 2017 | Reasonable Compensation for Owner-Employees |
| May 2017 | Quantifying The Impact of a Key Person |

## CONTINUING EDUCATION CONTINUED

| | |
|---|---|
| April 2017 | Forensic Financial Analysis |
| March 2017 | Valuing Non-Controlling Interests in Asset-Intensive Companies with Low Earnings |
| January 2017 | Valuation of Patents |
| December 2016 | Measuring Unjust Enrichment |
| July 2016 | Advanced Concepts in Lost Profits Calculations |
| April 2016 | Valuation and Damages Calculations in Cases Involving Internet Infringement and Defamation |
| March 2016 | Forecasts and Projections for Small Companies |
| March 2016 | Tax Issues in Litigation-Based Valuation |
| November 2015 | How Probability Affects Discounts for Lack of Marketability |
| May 2015 | How the IRS Determines Reasonable Compensation |
| March 2015 | Monte Carlo Simulations for Distressed Companies |
| February 2015 | Volatility of Small or Private Companies |
| February 2015 | Other Considerations in Lost Profits Calculations |
| August 2014 | The Perils of Using Survey Data to Forecast Physician Compensation in Medical Practice Business Valuations |
| August 2014 | New Accounting for Private Companies |
| May 2014 | Elements of Lost Profits |
| April 2013 | Valuing Early Stage Companies |
| August 2012 | Relevance, Reliability and the Company-Specific Risk Premium |
| June 2012 | Business Valuation in Litigation |
| August 2011 | Factors of Comparability: Considerations Affecting Market Royalty Rates & Intangible Property Valuations |
| December 2010 | Multi-Attribute Utility Model for Allocating Personal and Enterprise Goodwill |
| October 2010 | Buy-Sell Agreements: How to Know Your Agreement Will Work |
| September 2010 | Valuing Customer Related Intangibles |
| July 2010 | Update on Discount for Lack of Marketability |
| December 2009 | Statistical Implications of Forensic Techniques |
| November 2009 | Forensic Techniques for Analyzing Financial Statements |
| November 2009 | Intellectual Property Economic Damage Analysis |
| July 2009 | Understanding and Valuing Non-Competition Agreements |

## Testimony List of Alex L. Constable, MBA, ASA
## 2014 to current

| | |
|---|---|
| Caption: | Kathy Baylous v. Jeffrey Sayre |
| Case Number: | 12-CV-008310 |
| Location: | Franklin County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 14, 2014) regarding loss of earning capacity and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Terasa Stone, Administratix of the Estate of Joseph Robertson v. Royer Transport Inc., et al. |
| Case Number: | CV 2012 02 0610 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (January 27, 2014) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | LaKeesha Clark, Administratix of the Estate of Keshan Brown, et al. v. Board of Education Mansfield City Schools, et al. |
| Case Number: | 2012 CV 0898 |
| Location: | Richland, Ohio, Court of Common Pleas |
| Description: | Trial testimony (February 12, 2014) regarding loss of earning capacity in a wrongful death matter |

| | |
|---|---|
| Caption: | Joshua R. Johnson v. Bonnie L. Burris |
| Case Number: | 12PI255 |
| Location: | Guernsey County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (March 5, 2014) regarding loss of earning capacity, cost of future care and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Ellen S. Kaye Gehrke, etc. v. Cleveland Clinic Health System, et al. |
| Case Number: | CV 12 774499 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (April 10, 2014) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Scott Scarvelli v. Leatt Corporation, et al. |
| Case Number: | 1:12-CV-00483 |
| Location: | United States District Court for the Northern District of Ohio, Eastern Division |
| Description: | Trial testimony (April 11, 2014) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Antoinette Mason, Administratrix of the Estate of La'Toiya Mason v. MedCentral Health System, et al. |
| Case Number: | 11CV1198 |
| Location: | Richland County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (July 29, 2014) regarding loss of earning capacity in a wrongful death matter |

| | |
|---|---|
| Caption: | Michael Bambrick v. American Family Mutual Insurance Company, et al. |
| Case Number: | CV-13-817578 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (August 12, 2014) regarding loss of past and future income regarding a commercial damages alleged breach of good faith contract matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Steven Czaplenski, et al. v. Nationwide Mutual Insurance Company, et al. |
| Case Number: | 1:12-cv-03078-CAB |
| Location: | United States District Court for the Northern District of Ohio, Eastern Division |
| Description: | Affidavit testimony (August 21, 2014) regarding damages available to eligible class members in connection with the preliminarily certified class settlement |

| | |
|---|---|
| Caption: | Caley Ridenour, et al. v. Glenbeigh, et al. |
| Case Number: | 12-CV-784957 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (August 21, 2014) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Francis Brogan, et al. v. Jean Claude Tabet, MD, et al. |
| Case Number: | 2013-CV-2971 |
| Location: | Stark County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 3, 2014) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Cathy Paden v.  Precision Poured Walls, et al. |
| Case Number: | 12 CV 025 |
| Location: | Holmes County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (December 17, 2014) regarding loss of earning capacity and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | John O'Donnell v. Genzyme Corporation, et al. |
| Case Number: | 14-cv-1767 |
| Location: | United States District Court for the Northern District of Ohio, Eastern Division |
| Description: | Declaration testimony (December 29, 2014) regarding the comparator group data request in a wrongful termination matter |

| | |
|---|---|
| Caption: | Mark Musial, etc. v. Satish Patluri, M.D., et al. |
| Case Number: | 09CV164860 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (March 6, 2015) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Mark Carpenter, et al. v. Community Mercy Health Partners, et al. |
| Case Number: | 2012 CV 1170 |
| Location: | Clark County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (March 10, 2015) regarding loss of earning capacity, cost of future care and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Michelle Jurecko v. Elyria Memorial Hospital, et al. |
| Case Number: | 11 CV 173970 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (March 11, 2015) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Deborah Holder v. Children's Hospital Medical Center of Akron |
| Case Number: | 5:14-CV-00435 |
| Location: | United States District Court for the Northern District of Ohio, Eastern Division |
| Description: | Deposition testimony (March 18, 2015) regarding loss of earnings in a wrongful termination matter |

| | |
|---|---|
| Caption: | Pearl Diller, et al. v. Lawrence Cheng, MD, et al. |
| Case Number: | 2013 CV 1199 |
| Location: | Richland County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (April 16, 2015) regarding loss of earning capacity and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Michael Redman, Administrator for the Estate of Dawn Redman v. Central Ohio |
| Case Number: | CV 13 817992 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (April 23, 2015) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Rhonda Company, DDS, et al. v. Custom Assembly, Inc., et al. |
| Case Number: | 2014 CL 04 0255 |
| Location: | Tuscarawas County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (April 24, 2015) regarding loss of earning capacity and value of lost household services in a wrongful injury matter of a business owner |

| | |
|---|---|
| Caption: | Johnnie Parsons, Administrator of the Estate of Brandy Maynard, Deceased v. Wexner Medical Center a/k/a Ohio State University Medical Center |
| Case Number: | 2012 08621 |
| Location: | Court of Claims of Ohio |
| Description: | Deposition testimony (May 5, 2015) regarding the value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Nicholas Luzar, etc., et al. v. St. Elizabeth Health Center, et al. |
| Case Number: | 2014 CV 00606 |
| Location: | Mahoning County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (June 3, 2015) regarding the loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Matthew Calvin v. Gary Galbreath, et al. |
| Case Number: | 14 CV 0625 WDB |
| Location: | Licking County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (June 29, 2015) regarding the loss of earning capacity and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Grendow, Inc., et al. v. Daniel George, et al. |
| Case Number: | 12CV176919 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (July 30, 2015) regarding the loss of royalty income, disgorgement of claimed advance rebate income and license income, including statutory interest, in a contract dispute matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Warren, et al. v. Steve Buehrer, Administrator for Ohio Bureau of Workers Compensation, et al. |
| Case Number: | 14 CV 010847 |
| Location: | Franklin County, Ohio, Court of Common Pleas |
| Description: | Affidavit testimony (September 17, 2015) regarding the historical published Statewide Average Weekly Wage used by the Ohio Bureau of Workers Compensation and claims in a Class Action Complaint. |

| | |
|---|---|
| Caption: | Michelle Jurecko v. Elyria Memorial Hospital, et al. |
| Case Number: | 11 CV 173970 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (October 1, 2015) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Henry Kulhawick, Jr., et al. v. Paladin Brands Group, Inc., et al. |
| Case Number: | 2014-07-3188 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (February 8, 2016) regarding loss of earning capacity in a wrongful injury matter for a business owner |

| | |
|---|---|
| Caption: | Rachelle Brouman v. PAKJ, LLC dba Primeline Industries, et al. |
| Case Number: | CV-2014-07-3173 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (May 18, 2016) regarding loss of earnings in a wrongful termination matter |

| | |
|---|---|
| Caption: | Rhonda Company, DDS, et al. v. Custom Assembly, Inc., et al. |
| Case Number: | 2014 CL 04 0255 |
| Location: | Tuscarawas County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (May 19, 2016) regarding loss of earning capacity and value of lost household services in a wrongful injury matter of a business owner |

| | |
|---|---|
| Caption: | Angela Sibilia v. Katherine Maibach |
| Case Number: | 2014 CVC-H 000289 |
| Location: | Wayne County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (May 20, 2016) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Joy Maxwell, etc., et al. v. Adolph Lombardi, Jr., MD, et al. |
| Case Number: | 2015 CV 00892 |
| Location: | Franklin County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (May 23, 2016) regarding the loss of retirement benefits and value of household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Lori Berry v. Walter Brown |
| Case Number: | CV-16-861798 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (June 27, 2016) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Emily Voegle, Individually and as Administrator of the Estate of Michael Voegle, Deceased v. Wolverine Packing Company, et al. |
| Case Number: | 3:15-cv-00546-JGC |
| Location: | United States District Court for the Northern District of Ohio, Western Division |
| Description: | Deposition testimony (August 1, 2016) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Dan Gillespie v. Home Depot, et al. |
| Case Number: | 2014-CV-0965R |
| Location: | Richland County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (August 11, 2016) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Cindy Stephen, Individually and as Co-Administrator for the Estate of Jeffrey Woodell, et al v. GPD Group, Inc., et al. |
| Case Number: | 15CV439 |
| Location: | Belmont County, Ohio, Court of Common Pleas |
| Description: | Affidavit testimony (September 19, 2016) regarding loss of earning capacity data in a wrongful death matter |

| | |
|---|---|
| Caption: | Blain's Folding Service, Inc. v. The Cincinnati Insurance Company, et al. |
| Case Number: | CV 15 852129 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Affidavit in submission of expert report (October 5, 2016) regarding economic damages in a commercial damages matter |

| | |
|---|---|
| Caption: | Cindy A. Stephen, Individually and as Co-Administrator of the Estate of Jeffrey Woodell, Deceased, et al. v. GPD Group, Inc., et al. |
| Case Number: | 15 CV 0439 |
| Location: | Belmont County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (November 9, 2016) regarding loss of earning capacity in a wrongful death matter |

| | |
|---|---|
| Caption: | Thermoforming Machinery & Equipment, Inc., et al  v. Brian Swain |
| Case Number: | CV 10 742497 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Trial testimony in a Contempt of Court Hearing (November 22, 2016) regarding economic damages in a non-compete and trade secret matter |

| | |
|---|---|
| Caption: | Richard Wise, et al  v. Deborah Post |
| Case Number: | 15 CV 187237 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (December 6, 2016) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Caley Ridenour, et al. v. Glenbeigh, et al. |
| Case Number: | 12-CV-784957 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (January 18, 2017) regarding loss of earning capacity in a wrongful injury matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | William G. Sullivan, et al. v. GCGA Physicians, Inc., et al. |
| Case Number: | A1108457 |
| Location: | Hamilton County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (July 7, 2017) regarding cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Monique Zavinski, Executrix of the Estate of Dennis Zavinski, Deceased v. The Ohio Department of Transportation |
| Case Number: | 2013 - 00452 |
| Location: | Court of Claims, Columbus, Ohio |
| Description: | Trial testimony (September 5, 2017) regarding the loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Brent Leimbach, et al. v. The Graydon Company, et al. |
| Case Number: | CV-15-851654 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 7, 2017) regarding loss of earning capacity and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Ann Portilla, et al. v. Spectrum Orthopaedics, Inc., et al. |
| Case Number: | 2016 CV 02273 |
| Location: | Stark County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 11, 2017) regarding loss of earning capacity and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Allison Hammond, Administrator of the Estate of Eric Hammond, Deceased, et al. v. Van Wert Medical Services, Ltd., et al. |
| Case Number: | CV-16-05-064 |
| Location: | Van Wert County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 25, 2017) regarding lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Todd Dennis, Administrator of the Estate of Carmela Dennis, Deceased, et al. v. Fairfield Medical Center, et al. |
| Case Number: | 2016 CV 000176 |
| Location: | Fairfield County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 5, 2017) regarding loss of earning capacity and lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Miguel Herrera-Torres v. St. Elizabeth Youngstown Hospital, et al. |
| Case Number: | Case No. 15 CV 1615 |
| Location: | Mahoning County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 16, 2017) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Jeffrey Loepp, Administrator of the Estate of Cynthia Loepp, Deceased, et al. v. Bharat Shah, MD, et al. |
| Case Number: | CV 16 869234 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 31, 2017) regarding loss of earning capacity and lost household services in a wrongful death matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Carmen Cruz v. Western Scott Fetzer, Co., et al. |
| Case Number: | 15-CV-187985 |
| Location: | Lorain County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (November 6, 2017) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Darrell Bogan, et al. v. University Hospital System, etc., et al. |
| Case Number: | CV 2017 874563 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 8, 2018) and trial testimony (March 19, 2018) regarding cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Margaret Ostrowski, Administratix of the Estate of Jos. Ostrowski, Deceased, et al. v. Tessy Meridores, et al. |
| Case Number: | CV 17 873873 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 9, 2018) regarding loss of earning capacity and lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Linda Garbrandt, et al. vs. Lauren Manufacturing, LLC, et al. |
| Case Number: | 2016-CT-010030 |
| Location: | Tuscarawas County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 29, 2018) regarding loss of earning capacity and lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | TRM Manufacturing, Inc. v. JRB Attachments, LLC, et al. |
| Case Number: | CV-2014-04-2120 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (April 9, 2018) regarding contribution margin analysis on accused sales in a commercial damages matter |

| | |
|---|---|
| Caption: | Trisha Romano, et al. v. Hudson City Board of Education, et al. |
| Case Number: | 5:17-cv-00668 |
| Location: | United States District Court for the Northern District of Ohio |
| Description: | Deposition testimony (April 24, 2018) regarding differential earnings in a failure to hire matter |

| | |
|---|---|
| Caption: | Kimberly Corder, et al. vs. Firelands Regional Medical Center |
| Case Number: | 2015 CV 05686 |
| Location: | Erie County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (July 16, 2018) regarding loss of earning capacity, value of household services and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Patti Doychak v. Omnova Solutions, Inc., et al. |
| Case Number: | CV-17-888235 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 9, 2018) regarding loss of earnings in a termination matter, and a statistical analysis of the employees considered and selected for the reduction in force |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Larry Joe Cates vs. Trademark Exteriors, LLC, et. al. |
| Case Number: | 2017 CVH 00607 |
| Location: | Clermont County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 15, 2018) and Trial testimony (December 18, 2018) regarding a business owner's loss of earning capacity and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Amy McCourt, etc., et al. vs. William R. Buckley, Jr., M.D., et al. |
| Case Number: | A 1704914 |
| Location: | Hamilton County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 21, 2019) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Loretta Nicolanti v. ECS Tuning, LLC, et al. |
| Case Number: | 17-CIV-1261 |
| Location: | Medina County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (April 30, 2018) regarding loss of earnings in a termination and equal-pay matter, including statutory interest on past damages |

| | |
|---|---|
| Caption: | Estate of Stephen Charles Matasic, by and through Mark Matasic, Administrator, et al. v. Mercy Health Youngstown, LLC, et al. |
| Case Number: | CV-17-874979 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (July 16, 2019) regarding loss of earning capacity in a wrongful death matter |

| | |
|---|---|
| Caption: | Dia Fortney v. The West Virginia University Board of Governors,  et al. |
| Case Number: | 18-C-277 |
| Location: | Circuit Court of Monongalia County, WV |
| Description: | Deposition testimony (August 19, 2019) regarding loss of earnings in a termination and equal-pay matter |

| | |
|---|---|
| Caption: | Roger Leipply v.  Diamond Cut Lawn & Landscaping Service, LLC, et al. |
| Case Number: | 2018 CV 00397 |
| Location: | Columbiana County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 1, 2019) and trial testimony (March 5, 2020) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | James McClain, et al. v.  Matthew G. Holen, DO, et al. |
| Case Number: | 18-07-429-NH |
| Location: | Branch County, Michigan, Circuit Court |
| Description: | Deposition testimony (January 8, 2020) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Rebecca Scofield, et al. v.  David Hanson, et al. |
| Case Number: | 2018-CV-02104 |
| Location: | Trumbull County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 21, 2020) regarding loss of earning capacity, value of lost household services and cost of future care in a wrongful injury matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Grace Ruffin, etc., et al. vs. Wayarne Harlan, M.D., et al. |
| Case Number: | 2019 CV 00684 |
| Location: | Montgomery County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (March 9, 2020) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Elmer David Maynard v. Armonda Flores, et al. |
| Case Number: | 2019 CIV 000033 |
| Location: | Pike County, Ohio, Court of Common Pleas |
| Description: | Affidavit in submission of expert report (March 19, 2020) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Michael Johnson, et al. vs. Firelands Regional Medical Center, et al. |
| Case Number: | CV 19 912909 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (August 25, 2020) regarding the cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Ahmad Hassan, et al. vs. American Red Cross, et al. |
| Case Number: | 1:19-cv-01129-DAP |
| Location: | United States District Court for the Northern District of Ohio |
| Description: | Deposition testimony (August 31, 2020) regarding loss of earning capacity, value of household services and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Kevin Darago, et al. vs. Live Nation Entertainment, et al. |
| Case Number: | 5:18-cv-02639-SL |
| Location: | United States District Court for the Northern District of Ohio |
| Description: | Deposition testimony (September 30, 2020) regarding loss of earning capacity and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Cynthia McGinnis vs. Auto Owners Insurance, et al. |
| Case Number: | 19 CV 386 |
| Location: | Sandusky County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (March 15, 2021) regarding loss of earning capacity and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Diane Porter, et al. vs. Schindler Elevator, et al. |
| Case Number: | 1:19-cv-2612 |
| Location: | United States District Court for the Northern District of Ohio |
| Description: | Deposition testimony (March 17, 2021) regarding loss of earning capacity and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Estate of Jeffrey Rusu, Deceased v. Nicholas Bisconti, Jr., M.D., et al. |
| Case Number: | CV-2019-08-3214 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (June 7, 2021) regarding loss of earning capacity and value of household services in a wrongful death matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Suzanne Thayer, et al. vs. B L Building and Remodeling, LLC |
| Case Number: | CV 19 924753 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (June 24, 2021) regarding the loss of future earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Margaret Frazier vs. Children's Hospital Medical Center of Akron |
| Case Number: | 01-20-0005-6040 |
| Location: | American Arbitration Association Employment Forum |
| Description: | Affidavit in submission of expert report (August 4, 2021) regarding loss of earnings and fringe benefits in a termination matter |

| | |
|---|---|
| Caption: | Vlado Zovkic, Administrator, etc. et al. vs. Cuyahoga County, et al. |
| Case Number: | CV-18-896253 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 9, 2021) regarding loss of earning capacity and value of household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Kelsey Herman, Administrator, etc. et al. vs. ProMedica Health System, Inc., et al. |
| Case Number: | G-4801-CI-0202001973-000 |
| Location: | Lucas County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (September 21, 2021) regarding loss of earning capacity and value of household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Annamarie Incorvia, etc., et al. v. Southwest General Health Center, et al. |
| Case Number: | CV 18 901397 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (November 16, 2021) regarding loss of earning capacity, cost of future care and value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Yuliya Dobryanska, Fiduciary of the Estate of Nazarii Kotys v. Thomas R. Shirer, Jr. |
| Case Number: | CV-2020-08-2351 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (December 8, 2021) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Michael Klapchar vs. Mid-Ohio Emergency Physicians, LLP, et al. |
| Case Number: | 20 CV 426 |
| Location: | Richland County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (December 14, 2021) regarding loss of earnings in a wrongful termination matter |

| | |
|---|---|
| Caption: | Kyle Michalek, Administrator of the Estate of Stephanie Michalek, deceased, et al. v. The Ohio State University Wexner Medical Center |
| Case Number: | 2020-00497 JD |
| Location: | Ohio Court of Claims |
| Description: | Deposition testimony (February 11, 2022) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Estate of Steven Pierce, et al. v. Unity Health Network, LLC, et al. |
| Case Number: | CV 2020 04 1293 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (March 8, 2022) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Kyle Michalek, Administrator of the Estate of Stephanie Michalek, deceased, et al. v. The Ohio State University Wexner Medical Center |
| Case Number: | 2020-00497 JD |
| Location: | Ohio Court of Claims |
| Description: | Trial testimony (March 18, 2022) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Brian Vaccher, et al. vs. University Hospital Health Systems, et al. |
| Case Number: | CV-20-941577 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (May 23, 2022) regarding loss of earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Keith Leady, et al. vs. Harbor Frieght Tools USA, Inc., et al. |
| Case Number: | 3:21-cv-00478-JGC |
| Location: | United States District Court for the Northern District of Ohio |
| Description: | Deposition testimony (May 26, 2022) regarding loss of earning capacity in a wrongful death matter |

| | |
|---|---|
| Caption: | Michael Rericha, et al. v. Ohio Department of Rehabilitation and Correction |
| Case Number: | 2019-01000JD |
| Location: | Ohio Court of Claims |
| Description: | Trial testimony (June 13, 2022) regarding loss of earning capacity, cost of future care and value of lost household services in a wrongful injury |

| | |
|---|---|
| Caption: | Erlind Nazeraj v. PNC Bank National Association, et al. |
| Case Number: | CV 21 945272 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (October 11, 2022) regarding loss of earnings in a wrongful termination matter |

| | |
|---|---|
| Caption: | Bradley Matson v. William Beaumont Hospital, et al. |
| Case Number: | 2021-185876-NH |
| Location: | Oakland County, Michigan, Circuit Court |
| Description: | Deposition testimony (November 9, 2022) regarding value of lost household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | U.S. Equal Employment Opportunity Commission v. The Ohio State University |
| Case Number: | 2:20-cv-04624-ALM-KAJ |
| Location: | United States District Court for the Southern District of Ohio, Eastern Division |
| Description: | Deposition testimony (December 6, 2022) regarding loss of earnings and retirement benefits in a wrongful termination matter |

**Testimony List of Alex L. Constable, MBA, ASA**
**2014 to current**

| | |
|---|---|
| Caption: | Sana Waikhom, et al. vs. Alliance Physicians, Inc., et al. |
| Case Number: | CV-21-03763 |
| Location: | Montgomery County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 17, 2023) regarding the cost of future care and value of household services in a wrongful injury matter |

| | |
|---|---|
| Caption: | Sharon Howard, et al. vs. Ilyas Chiali, M.D., et al. |
| Case Number: | CV-21-946683 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (January 18, 2023) regarding the cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Jenna Barvitski v. Julie Burchart, et al. |
| Case Number: | 2021 CV 01132 |
| Location: | Trumbull County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (February 15, 2023) regarding the loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | U.S. Equal Employment Opportunity Commission v. The Ohio State University |
| Case Number: | 2:20-cv-04624-ALM-KAJ |
| Location: | United States District Court for the Southern District of Ohio, Eastern Division |
| Description: | Trial testimony (March 2, 2023) regarding loss of earnings and retirement benefits in a wrongful termination matter |

| | |
|---|---|
| Caption: | Estate of Steven Pierce, et al. v. Unity Health Network, LLC, et al. |
| Case Number: | CV 2020 04 1293 |
| Location: | Summit County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (May 5, 2023) regarding loss of earning capacity and value of lost household services in a wrongful death matter |

| | |
|---|---|
| Caption: | Michael Myers, et al. v. Greenwood Motor Lines, Inc., et al. |
| Case Number: | CV 20 940865 |
| Location: | Cuyahoga County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (June 27, 2023) regarding loss of earning capacity in a wrongful injury matter |

| | |
|---|---|
| Caption: | Melissa Nofzinger v. Reconstructiove and Aesthetic Surgeons, et al. |
| Case Number: | CI0 2022 02138 |
| Location: | Lucas County, Ohio, Court of Common Pleas |
| Description: | Deposition testimony (August 14, 2023) regarding loss of differential earning capacity and cost of future care in a wrongful injury matter |

| | |
|---|---|
| Caption: | Michael Johnson, et al. v. Firelands Regional Medical Center, et al. |
| Case Number: | CV 19 912909 |
| Location: | Erie County, Ohio, Court of Common Pleas |
| Description: | Trial testimony (September 25, 2023) regarding the present value of the cost of futre care |